959 A.2d 297

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee**

**v.**

**300 NORTH BROAD STREET, LTD., a/k/a/ 300 North Broad Street, a Partnership, a/k/a 300 North Partnership, a/k/a 300 North Broad Street Trust, and Heywood Becker, Appellants.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2008, the Order of the Commonwealth Court is **AFFIRMED.**